DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES PARNELL,**
Appellant,

v.

**DANA THOMPSON,**
Appellee.

No. 4D21-2771

[June 9, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502019DR010097.

Jennifer H. Milne of South Florida Legal Rescue, LLC, Delray Beach, for appellant.

Betty C. Resch of Law Office of Betty C. Resch, Lake Worth, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***